AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00136 |
| Nathaniel Noyce | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 4/16/2024 |
| | ) Description: Complaint W/ Arrest Warrant |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the
_____ in the District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | - Assaulting, Resisting, or Impeding Certain Officers; |
| 18 U.S.C. § 231(a)(3) | - Civil Disorder; |
| 18 U.S.C. § 1752(a)(1) | - Entering or Remaining in any Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(2) | - Disorderly or Disruptive Conduct in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(4) | - Engaging in Physical Violence in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly Conduct in a Capitol Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(F) | - Act of Physical Violence in the Capitol Grounds or Buildings; |
| 40 U.S.C. § 5104(e)(2)(G) | - Parading, Demonstrating, or Picketing in a Capitol Building or Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:   04/16/2024

*Judge's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*