### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 24-mj-136-GMH |
| v. : | |
| NATHANIEL NOYCE, : | |
| *Defendant*. : | |

### NOTICE OF APPEARANCE

Please enter the appearance of Christopher Macchiaroli of Silverman, Thompson, Slutkin, & White, LLC as Criminal Justice Act counsel for Defendant Nathaniel Noyce in the above-referenced matter.

Dated: April 25, 2024               Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

   /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1775 I Street, NW, Suite 1150
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

*Counsel for Defendant Nathaniel Noyce*