UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 24-mj-136 |
| : | |
| NATHANIEL NOYCE, : | |
| : | |
| Defendant. : | |

### MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and she does not oppose the motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

1

                By:    /*s/ Eli Ross*/
                        ELI J. ROSS
                        Assistant United States Attorney
                        Illinois Bar Number 6321411
                        U.S. Attorney's Office for the District of Columbia
                        601 D Street, NW Washington, D.C. 20001
                        (202) 297-1515
                        Eli.Ross@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On this 13th day of May, 2024, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

By: /<u>*s/ Eli Ross*</u>
ELI J. ROSS
Assistant United States Attorney
Illinois Bar Number 6321411
U.S. Attorney's Office for the District of Columbia
601 D Street, NW Washington, D.C. 20001
(202) 297-1515
Eli.Ross@usdoj.gov